# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

JOHN BARRETT, Individually and                  Case No.:  8:07 cv 01355-SDM-TBM
ANTHONY MCWHORTER, Individually,

       Plaintiffs,

vs.

AMERICAN SAW & MANUFACTURING
COMPANY, a foreign corporation,

       Defendant.

_____ /

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF IRWIN INDUSTRIAL TOOL COMPANY AND AMERICAN SAW & MANUFACTURING COMPANY

Defendants Irwin Industrial Tool Company and American Saw & Manufacturing Company, and Plaintiffs John Barrett and Anthony McWhorter, by and through their respective undersigned counsel and pursuant to Fed.R.Civ.P. 41, hereby stipulate to the dismissal with prejudice of the Plaintiffs' claims against Defendants Irwin Industrial Tool Company and American Saw & Manufacturing Company.  Each party to bear its own costs and attorney's fees, and all liens (worker's compensation, medical or otherwise) and subrogated interests to be paid by the Plaintiffs out of the proceeds of the settlement herein.  The Court shall retain jurisdiction to enforce the terms of the settlement agreement reached by the parties subject to this Joint Stipulation of Dismissal with Prejudice.

Dated this 1st day of October, 2008.

Case No.: 8:07 cv 01355-SDM-TBM

HINSHAW & CULBERTSON, LLP
Attorneys for Defendants Irwin and Amer. Saw
One E. Broward Boulevard
Suite 1010
Fort Lauderdale, FL 33301
Telephone: (954)  467-7900

Law Offices of Raymond Bodiford
Attorneys for Plaintiff Barrett
135 W. Central Boulevard
Suite 1100
Orlando, FL  32801
407-423-9728


BY:   /S/ NEIL A. COVONE
          Neil A. Covone, Esq.
          Florida Bar No. 0060763

By: /S/ RAYMOND O. BODIFORD
          Raymond O. Bodiford
          Florida Bar No. 327840


Alejo Law, P.A.
Attorneys for Plaintiff Barrett
934 N. Magnolia Ave., Suite 315
Orlando, FL  32803
321-206-9204

Law Office of Hugh James McDonnell, Esq.
Attorneys for Plaintiff McWhorter
128 E. Livingston Street
Orlando, FL  32801
407-422-1200


By: /S/ LEMAR F. ALEJO
          Lemar F. Alejo
          Florida Bar No. 012931

By: /S/  HUGH JAMES MCDONNELL
          Hugh James McDonnell
          Florida Bar No. 912121

2