**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**JOHN BARRETT and**
**ANTHONY McWHORTER,**

    **Plaintiffs,**

v.                                                      Case No.  8:07-cv-1355-T-TBM

**AMERICAN SAW & MANUFACTURING**
**COMPANY, IRWIN INDUSTRIAL TOOL**
**COMPANY, and WORTHINGTON**
**INDUSTRIES INCORPORATED,**

    **Defendants.**
_____/

**O R D E R**

THIS MATTER is before the court on the **Joint Stipulation of Dismissal with Prejudice of Irwin Industrial Tool Company and American Saw & Manufacturing Company** (Doc. 65).  Pursuant to Rule 41 of the Federal Rules of Civil Procedure, counsel for the Plaintiffs and counsel for Defendants, American Saw & Manufacturing and Irwin Industrial Tool Company, indicate they have settled this matter and stipulate to a dismissal with prejudice.

Accordingly, it is **ORDERED** that the claims against Defendants American Saw & Manufacturing Company and Irwin Industrial Tool Company are hereby **DISMISSED WITH PREJUDICE**.  Pursuant to the stipulation, each side shall bear its own costs and attorneys fees, and all liens (worker's compensation, medical or otherwise) and subrogated interests shall be paid by the Plaintiffs out of the settlement proceeds.  The court retains

jurisdiction to enforce the terms of the settlement agreement.  The Clerk is directed to terminate these Defendants.

**Done and Ordered** in Tampa, Florida, this 6th day of November 2008.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record