UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN BARRETT and
ANTHONY McWHORTER,

   Plaintiffs,

v.              Case No. 8:07-cv-1355-T-TBM

WORTHINGTON INDUSTRIES
INCORPORATED,[1]

   Defendant.
_____/

## O R D E R

  The court has been advised by counsel that the above-styled action has settled in its entirety. Accordingly, this cause is hereby **DISMISSED** pursuant to Local Rule 3.08(b), subject to the right of any party to reopen the action within sixty (60) days, upon good cause shown, or to submit a stipulated form of final order or judgment. The Clerk is directed to terminate all pending motions and administratively close the case.

  **Done and Ordered** in Tampa, Florida, this 14th day of January 2009.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record

---

[1] Defendants American Saw & Manufacturing Company and Irwin Industrial Tool Company were terminated on November 6, 2008, pursuant to a joint stipulation of dismissal. *See* (Doc. 66).