**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

JOHN BARRETT and
ANTHONY McWHORTER,

      Plaintiffs,

v.                                                 **Case No. 8:07-cv-1355-T-TBM**

WORTHINGTON INDUSTRIES
INCORPORATED,[1]

      Defendant.
_____/

**O R D E R**

THIS MATTER is before the court on a **Stipulation to Dismiss the Action with Prejudice** (Doc. 84), filed by Plaintiffs and Defendant Worthington Industries, Inc. The parties have settled this matter and agree to a dismissal of this action pursuant to their stipulation. *See id.* Upon consideration, the stipulation is **APPROVED**. This cause is hereby **DISMISSED WITH PREJUDICE**, with the parties bearing their own costs and fees. The Clerk is directed to close the case.

**Done and Ordered** in Tampa, Florida, this 25th day of March 2009.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record

---

[1]Defendants American Saw & Manufacturing Company and Irwin Industrial Tool Company were terminated on November 6, 2008, pursuant to a joint stipulation of dismissal. *See* (Doc. 66).